IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr3

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| TERRY DONNELL JOHNSON | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the arrest of the defendant on a warrant alleging violations of his conditions of release following the entry of a guilty plea. (Doc. No. 23). The Court is involved in a multi-defendant criminal trial expected to last two weeks and is unable to hold a prompt hearing to determine whether the defendant violated his conditions of release.

**IT IS, THEREFORE, ORDERED** that this matter is referred to the magistrate judge for a prompt hearing.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: April 11, 2006

Robert J. Conrad, Jr.
United States District Judge