IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00003-RJC-DCK

| USA | ) | |
| :--- | :--- | :--- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERRY DONNELL JOHNSON | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion through counsel for a reduced sentence pursuant to the First Step Act of 2018. (Doc. No. 78).

Local Criminal Rule 47.1(d) requires the government to respond to dispositive defense motions unless otherwise ordered by the Court. Here, it appears that the defendant may be eligible for relief under the Act, (Doc. No. 72: Supplement to Presentence Report at 2), which is discretionary, First Step Act of 2018, § 404(b), (c), Pub. L. 115-135 (2018).

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion for sentence reduction within thirty (30) days of the entry of this Order.

Signed: February 2, 2021

Robert J. Conrad, Jr.
United States District Judge